Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−33007−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Roberto A. Gittens                      Cindy Gittens
   144 Canterbury Rd                 144 Canterbury Rd
   Mount Laurel, NJ 08054−1416     Mount Laurel, NJ 08054−1416

Social Security No.:
   xxx−xx−6743                          xxx−xx−3542

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     2/13/25
Time:     02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jeanie D. Wiesner, Debtor's Attorney, period: 8/7/2023 to 7/22/2024.

COMMISSION OR FEES
fee: $1,600.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 30, 2024
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-33007-ABA
Roberto A. Gittens  Chapter 13
Cindy Gittens
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Dec 30, 2024     Form ID: 137     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Roberto A. Gittens, Cindy Gittens, 144 Canterbury Rd, Mount Laurel, NJ 08054-1416 |
| cr | + | Progressive Garden State Insurance Company, Law Offices of Jan Meyer, 1029 Teaneck Road, Teaneck, NJ 07666-4514 |
| 518612684 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort Development, 60 N Maine Ave, Atlantic City, NJ 08401-5518 |
| 518612685 | | Hyat Hyat & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518612691 | | Progressive Ins for Damaris Santana, Attn: Jan Meyer & Assoc., 1029 Teaneck Rd Fl 2, Teaneck, NJ 07666-4514 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2024 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2024 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518612676 | | Email/Text: collections@abcofcu.org | Dec 30 2024 20:29:00 | Abco Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 518695642 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2024 20:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262346 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2024 20:27:28 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518612677 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2024 20:28:00 | Ally Financial, POB 380901, Bloomington, MN 55438-0901 |
| 518612678 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2024 20:38:29 | Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 518612680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2024 20:27:29 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518632962 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2024 20:38:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2024 20:29:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518612687 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2024 20:38:21 | Macys/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 518612682 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2024 20:27:36 | ExxonMobil / Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518612683 | | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 30 2024 20:29:00 | Fein Such Kahn Shepard, 7 Century Dr Ste 201, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: 137 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Parsippany, NJ 07054-4609 |
| 518612686 | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2024 20:28:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518612688 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 30 2024 20:29:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 518719315 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2024 20:29:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DR, MIAMISBURG, OH 45342 |
| 518612689 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2024 20:29:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 518612690 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2024 20:29:00 | PNC Bank NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 518612692 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2024 20:38:28 | SYNCB/Care Credi, PO Box 965036, Orlando, FL 32896-5036 |
| 518612693 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2024 20:27:59 | SYNCB/JC Penney, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518612679 | *+ | Capital One, POB 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Roberto A. Gittens jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Cindy Gittens jeanie@sadeklaw.com |

| | |
|---|---|
| | brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| R. A. Lebron | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Richard L Elem | on behalf of Creditor Progressive Garden State Insurance Company relem@murphysanchez.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10